UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
GERARD EDWARD LEHNER,

                              Plaintiff,

                              v.                    1:12-CV-0915

THOMAS F. GUERNSEY *et al*,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
United States District Judge

## DECISION and ORDER

        This matter, brought pursuant to 42 U.S.C. § 1983, was referred to the Hon.

Christian F. Hummel, United States Magistrate Judge, for a Report-Recommendation

pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

        No objections to the January 22, 2013 Report-Recommendation have been raised.

After examining the record, this Court has determined that the Report-Recommendation is

not subject to attack for plain error or manifest injustice.  Accordingly, this Court adopts the

Report-Recommendation for th

e reasons stated therein.  It is, therefore, ORDERED that the Report-Recommendation is

adopted in its entirety and the Complaint is DISMISSED.

IT IS SO ORDERED.

Dated:February 20, 2013

Thomas J. McAvoy
Senior, U.S. District Judge